IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

KIMBERLY E. DODSON, )
)
        Plaintiff, )
)
v. ) Case No. 15-00406-CV-W-GAF-SSA
)
CAROLYN W. COLVIN, )
Acting Commissioner of Social Security, )
)
        Defendant. )

## JUDGMENT IN A CIVIL ACTION

____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.** This action has been considered and a decision has been rendered by the Court.

      **IT IS ORDERED AND ADJUDGED** that the Commissioner's decision is AFFIRMED.

| | |
|---|---|
| March 21, 2016 | Paige Wymore-Wynn |
| Dated | Acting Clerk of Court |
| March 21, 2016 | |
| | /s/ Terri Moore |
| | (by) Deputy Clerk |